

## Fourth Court of Appeals
### San Antonio, Texas

January 30, 2018

No. 04-17-00732-CR

**IN RE** Michael Joseph **GRIFFITH**,

From the 452nd District Court, Mason County, Texas
Trial Court No. 4285-91 and 4286-91
The Honorable Robert Rey Hofmann, Judge Presiding

# O R D E R

Original Mandamus Proceeding[1]

Sitting:  Sandee Bryan Marion, Chief Justice
     Rebeca C. Martinez, Justice
     Patricia O. Alvarez, Justice

On December 20, 2017, this court conditionally granted relator's petition for writ of mandamus and we ordered the trial court to rule on relator's pending "Motion for Appointment of Attorney and the Granting of an Evidentiary Hearing." On that same date, the trial court denied relator's pending motion. Since that date, relator has written letters to this court asking for copies of pages 38, 39, and 40 of a court reporter's transcript. On January 9, 2018, we informed relator, by letter, that this court does not believe it has the record he seeks.

On January 29, 2018, relator filed a "Motion to Compel the 452nd Judicial District Court to Discover, Locate and Produce Missing Court Transcripts." Relator asks this court to direct the trial court and/or the district clerk to "search and locate the court reporter's transcripts" to locate pages 38, 39, and 40 for the purpose of proving his plea bargain agreement was void and illegal. Presumably, relator plans to use the records in preparing an application for postconviction habeas relief as authorized by Texas Code of Criminal Procedure Article 11.07.

Relator has no appeal or original proceeding pending in this court, therefore, we lack jurisdiction to order the trial court and/or the district clerk to "search and locate the court reporter's transcripts" to locate pages 38, 39 and 40. Accordingly, relator's motion is DENIED.

---

[1] This proceeding arises out of Cause Nos. 4285-91 and 4286-91, styled *State of Texas v. Michael Joseph Griffith*, formerly pending in the 198th Judicial District Court, Mason County, Texas. Relator's motion was filed in the 452nd District Court, Mason County, Texas, the Honorable Robert Rey Hofmann presiding.

It is so **ORDERED** on January 30, 2018.

**PER CURIAM**

ATTESTED TO:

Keith E. Hottle,
Clerk of Court